AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. A14 CR 0292 SS |
| HECTOR MAYORGA (15) | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   HECTOR MAYORGA                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21:846 & 841  Conspiracy and PWID methamphetamine and cocaine

Date:     10/07/2014

*Issuing officer's signature*

City and state:   Austin, TX                                         Julie Golden, Courtroom Deputy
*Printed name and title*

| Return | |
| --- | --- |
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____ | *Arresting officer's signature* |
| | *Printed name and title* |