AO 442 (Rev. 11/11) Arrest Warrant

FID: 9646964   44164-380

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

United States of America
v.

HECTOR MAYORGA (15)

*Defendant*

Case No. A14 CR 0292 SS

FILED 2014 OCT 16 AM 9:34

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   HECTOR MAYORGA ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21:846 & 841  Conspiracy and PWID methamphetamine and cocaine

Date:   10/07/2014

*Issuing officer's signature*

City and state:   Austin, TX

Julie Golden, Courtroom Deputy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/15/14 , and the person was arrested on *(date)* 10/15/14
at *(city and state)*   Austin, Texas .

Date:  10/15/14

JB #4932
*Arresting officer's signature*

Deputy J. Boland #4932 TCSD
*Printed name and title*