AO 471  (Rev. 01/09) Order to Detain a Defendant Temporarily Under 18 U.S.C. § 3142(d)

# United States District Court

for the

Western District of Texas

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:   AU:14-CR-00292(15)-SS |
| | § | |
| (15) Hector Mayorga | § | |

## ORDER TO DETAIN A DEFENDANT TEMPORARILY UNDER 18 U.S.C. § 3142(d)

At the time of the alleged offense, the defendant was not a United States citizen or a person lawfully admitted for permanent residence, or, alternatively, the defendant was on release pending trial for a state or federal felony; on release after conviction for any type of offense, state or federal; or on probation or parole.  This court finds that the defendant, if released, may flee or pose a danger to another person or the community.

**IT IS ORDERED:**  The defendant must be detained temporarily under 18 U.S.C. § 3142(d) until October 29, 2014.  I further order that a  [X] detention hearing and [n/a] a preliminary hearing be held on October 27, 2014 at 9:00 am before the Honorable Mark Lane, in Courtroom No. 8, on the 7th Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas.

The attorney for the government is directed to notify the appropriate court, probation or parole officer, state or local law enforcement officer, or the United States Citizenship and Immigration Services so that a detainer may be placed on the defendant or custody may be transferred.  If no action is taken by the above date, the defendant must be brought before this court on that date for further proceedings.

If defendant chooses to waive hearing, a written waiver (see attached) must be signed by defendant and his/her counsel and filed by 4:00 p.m. the day before scheduled hearing.

**Signed and Entered this**
**15th day of October, 2014**

MARK LANE
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

USA                                    §
                                       §
vs.                                    §      Case Number:  AU:14-CR-00292(15)-SS
                                       §
(15) Hector Mayorga                    §
    *Defendant*

## DEFENDANT'S RESPONSE TO NOTICE OF DETENTION HEARING

Defendant, (15) Hector Mayorga, files this response to the Notice of Detention Hearing which was issued by the Court.  After further investigation, Defendant wishes at this time to waive his/her right to the detention hearing, subject to his/her right to bring a motion concerning detention at a later date.

Respectfully submitted,

_____

*Defendant*

_____          _____

*Date*                                                      *Attorney for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was hand delivered to the Assistant United States Attorney on the _____ day of _____, 20 _____ .

_____

Gerardo Montalvo
*Attorney for Defendant*